# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SANDRA ANDERSON,

      Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of the Social Security
Administration**,**

      Defendant.

Civil No. 04-3341 (JRT/JGL)

**O R D E R**

Jamison W. Cichosz, **NYCKLEMOE ELLIG & NYCKLEMOE**, Post Office Box 936, Fergus Falls, Minnesota 56538, for plaintiff.

Lonnie F. Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, for defendant.

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated June 13, 2005; all the files, records and proceedings herein; and no objections having been filed to that Report and Recommendation;

    **IT IS HEREBY ORDERED**:

    (1)    Sandra Anderson's motion for summary judgment [Doc. No. 13] is **DENIED**; and

- 2 -

(2)  The Commissioner's motion for summary judgment [Doc. No. 15] is **GRANTED**.

Dated: July 6, 2005
at Minneapolis, Minnesota.

                                          s/John R. Tunheim
                                          JOHN R. TUNHEIM
                                          United States District Judge